United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHOY DAVIS,<br><br>    Petitioner,<br><br>vs.<br><br>JEANNE S. WOODFORD, Warden,<br><br>    Respondent. | No. C 10-05235 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br><br><br>(Docket No. 5) |

On November 18, 2010, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk of the court sent a notice to petitioner that a filing fee of $5.00 was now due or in the alternative, that petitioner must file an In Forma Pauperis Application. (Docket No. 3.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed.

On December 8, 2010, petitioner filed a letter wherein he requests an extension of time to file an in forma pauperis application. (Docket No. 5.) Good cause appearing, the request is GRANTED. Petitioner must file a completed in forma pauperis application no later than January 1, 2011. In the alternative, petitioner may file the $5.00 filing fee.

Order Granting Ext. of Time
P:\PRO-SE\SJ.JW\HC.10\Davis05235_ifp-ext.wpd

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

DATED: December 21, 2010

*James Ware*
JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LACHOY DAVIS,

         Petitioner,

  v.

JEANNE S WOODFORD, Warden,

         Respondent.

Case Number: CV10-05235 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/29/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Lachoy Davis V-91661
Kern Valley State Prison (KVSP)
P. O. Box 5101
Delano, CA 93216


Dated: 12/29/2010

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk