IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHOY DAVIS,<br><br>    Petitioner,<br><br>  vs.<br><br>KELLY HARRINGTON, Warden,<br><br>    Respondent. | No. C 10-05235 EJD (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME; DIRECTING CLERK TO REPLACE PROPER RESPONDENT<br><br><br>(Docket No. 14) |

    Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. Before the Court is Petitioner's motion for extension of time to file his opposition to Respondent's motion to dismiss. (Docket No. 14.) Good cause appearing, Petitioner's motion is GRANTED. Petitioner's opposition is due no later than **July 30, 2011**. Respondent shall file his reply no later than **fifteen (15) days** from the date Petitioner's opposition is filed.

    The rules governing relief under 28 U.S.C. § 2254 require a person in custody pursuant to the judgment of a state court to name the "state officer having custody" of him as the respondent. See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894, (9th Cir. 1996) (quoting Rule 2(a) of the Rules Governing Habeas Corpus Cases Under § 2254). The proper respondent is Kelly Harrington, the Warden at Kern Valley State Prison where Petitioner is

Order Granting Motion for Extension of Time
P:\PRO-SE\SJ.EJD\HC.10\Davis05235_eot-oppo.wpd

1 incarcerated. The Clerk of the Court shall replace Jeanne S. Woodford, Director, with
2 Warden Kelly Harrington as Respondent in this action.
3      This order terminates Docket No. 14.
4 DATED: July 14, 2011

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LACHOY DAVIS,

    Petitioner

v.

KELLY HARRINGTON, Warden,

    Respondent.

Case Number: CV10-05235 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/15/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lachoy Davis V-91661
Kern Valley State Prison (KVSP)
P. O. Box 5101
Delano, CA 93216

Dated: 7/15/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk